UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT YOUNG,

                Petitioner,

    v.

M. BITER,

                Respondent.

Case No. CV 16-00520 JLS (RAO)

JUDGMENT

       Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

       IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  September 12, 2016

                                                  
_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE